United States District Court
for the
Southern District of Florida

| Wade D. Pounds, Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 19-20743-Civ-Scola |
| | ) | |
| Teresita Dieguez and others, | ) | |
| Defendants. | ) | |

### Order Adopting Magistrate Judge's Report And Recommendation

This case was referred to United States Magistrate Judge Lisette M. Reid, consistent with Administrative Order 2003-19 of this Court, for a ruling on all pre-trial, nondispositive matters and for a report and recommendation on any dispositive matters. Plaintiff Wade D. Pounds contends, under 42 U.S.C. § 1983, various doctors at Everglades Correctional Institution were deliberately indifferent to his serious medical needs. On June 7, 2019, Judge Reid recommended that the Court dismiss Pounds's complaint after subjecting it to the screening provisions of 28 U.S.C. §§ 1915(e)(2) and 1915A. The Court adopted that recommendation and closed the case but afforded Pounds the opportunity to file an amended complaint. The Court advised Pounds that if he filed an amended complaint that sufficiently stated a claim upon which relief may be granted, the Court would reopen his case. After Pounds filed an amended complaint, Judge Reid, on October 22, 2019, issued a report, concluding that Pounds once again failed to state a claim. (Rep. of Mag. J., ECF No. 10.) Pounds has objected to the Report. (Pet'r's Objs., ECF No. 11.)

The Court has considered—de novo—Judge Reid's report, the record, and the relevant legal authorities. The Court agrees with Judge Reid's ultimate conclusion that Pounds has failed to state a § 1983 claim for deliberate indifference or punitive damages in his amended complaint. And considering he has already been permitted an opportunity to amend his complaint, the Court also agrees that Pounds's claims should be dismissed with prejudice.

As described above, the Court thus **affirms and adopts** the report and recommendation (**ECF No. 10**), **dismissing** Pounds's claims **with prejudice**. This case is to remain closed and any pending motions are denied as moot. The Clerk is directed to **mail** a copy of this order to Pounds at the address listed

below.

**Done and Ordered** at Miami, Florida, on November 18, 2019.

_____
Robert N. Scola, Jr.
United States District Judge

Copy via U.S. mail to:
**Wade D. Pounds**
448826
Everglades Correctional Institution
Inmate Mail/Parcels
1599 SW 187th Avenue
Miami, FL 33194