| | |
|---|---|
| Wade D. Pounds, Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Case No. 19-20743-Civ-Scola |
| Teresita Dieguez and others, | ) |
| Defendants. | ) |

### **Order Denying Motion for Leave to Appeal *In Forma Pauperis*** 

Plaintiff Wade D. Pounds has moved for leave to proceed *in forma pauperis* on appeal. The Court denies this motion for two reasons: (1) the motion does not satisfy the requirements of Rule 24(a)(1) of the Federal Rules of Appellate Procedure, and (2) Pounds's appeal does not appear to be taken in good faith. Either of these reasons is sufficient on its own to deny the motion.

Rule 24(a)(1) of the Federal Rules of Appellate Procedure provides that a party filing a motion in district court seeking to appeal *in forma pauperis* must attach an affidavit to the motion that, among other things, "claims an entitlement to redress" and "states the issues that the party intends to present on appeal." Fed. R. App. P. 24(a)(1)(B)–(C). Pounds's motion fails to do either. (*See* Pl.'s Mot., ECF No. 17). Instead Pounds merely describes his "issues on appeal" as, "42 U.S.C. sect. 1983 Civil Complaint," and nothing more. Pounds has thus not identified any issues he intends to present on appeal nor has he stated a claim to an actual entitlement to redress. Pounds is bound by the requirements of Rule 24(a)(1) because he has previously been granted leave to proceed *in forma pauperis*. (Order, ECF No. 5.)

Further, Pounds's motion does not appear to be taken in good faith. "An appeal may not be taken *in forma pauperi*s if the trial court certifies in writing that it is not taken in good faith." 28 U.S.C. § 1915(a)(3). "A party demonstrates good faith by seeking appellate review of any issue that is not frivolous when examined under an objective standard." *Ghee v. Retailers National Bank*, 271 F. App'x 858, 859 (11th Cir. 2008). An appeal filed *in forma pauperis* is frivolous "when it appears the plaintiff has little or no chance of success," meaning that the "factual allegations are clearly baseless or that the legal theories are indisputably meritless." *Carroll v. Gross*, 984 F.2d 392, 393 (11th Cir. 1993) (internal quotation marks omitted). Pounds's appeal appears to have little chance of success: he does not even suggest, never mind actually set forth, a legal theory that appears to have any merit.

For the reasons set forth above, the Court **denies** Pounds's motion for leave to proceed *in forma pauperis* on appeal (**ECF No. 17**) and revokes the Court's prior grant of leave to proceed *in forma pauperis* in the District Court.

The Clerk is also directed to **mail** a copy of this order to the Plaintiff at the address listed below.

**Done and ordered**, at Miami, Florida, on December 20, 2019.

    _____
    Robert N. Scola, Jr.
    United States District Judge

Copy via U.S. mail to:
**Wade D. Pounds**
448826
Everglades Correctional Institution
Inmate Mail/Parcels
1599 SW 187th Avenue
Miami, FL 33194